United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-15133-sr
Percy Roland                                                        Chapter 13
Marlene White
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1             Date Rcvd: Jul 13, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db/jdb         +Percy Roland,    Marlene White,   2223 Cantrell Street,    Philadelphia, PA 19145-3306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              ALAN B. LISS    on behalf of Joint Debtor Marlene  White bnklaw@aol.com
              ALAN B. LISS    on behalf of Debtor Percy  Roland bnklaw@aol.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2012 SC2 Title Trust bk@rgalegal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed Certificates,
               Series 2005-FFH4 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed
               Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Percy Roland                :       CHAPTER 13
        Marlene White               :
                Debtor(s)           :       BANRKRUPTCY NO. 14-15133/SR


ORDER APPROVING MODIFIED PLAN
AS CONFIRMED PLAN

Upon motion of the Debtor(s) to modify the confirmed plan,

IT IS HEREBY ORDERED that the Debtor(s)' modified plan, shall be deemed the Debtors' Chapter 13 Plan and, as such, shall also be deemed to be confirmed.


BY THE COURT:

cc:  Alan B. Liss, Esquire
     Chapter 13 Trustee
     All Creditors

                                            7/13/16

Honorable Stephen Raslavich
Bankruptcy Judge