## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| PERCY ROLAND | : |
| xxx-xx-9455 | :CHAPTER 13 |
| MARLENE WHITE | : |
| xxx-xx-0090 | : |
| Debtors. | :CASE NO. 14-15133/SR |
| _____ | : |
| | : |
| U.S. Bank National Association as | : |
| Legal Title Trustee for Truman 2012 | : |
| SC2 Title Trust | : |
| Movant, | : |
| v. | : |
| | : |
| PERCY ROLAND AND MARLENE WHITE | : |
| Debtors, | : |
| And | : |
| | : |
| FREDERICK L. REIGLE, ESQUIRE | : |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |
| _____ | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

    Upon the application of Romano Garubo & Argentieri, Attorneys for US Bank NA as Legal Title Trustee for Truman 2012 SC2 Title Trust, its successors and/or assigns ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

    1.    The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of

appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

### 2211 Cantrell Street, Philadelphia, PA 19145.

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Movant may join the Debtors and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Dated: **January 18, 2017**

 Honorable Stephen Raslavich
 United States Bankruptcy Judge
 Eastern District of Pennsylvania

*Movant's Attorneys*
Emmanuel J. Argentieri, Esquire
ROMANO GARUBO & ARGENTIERI
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096

*Chapter 13 Trustee*
Frederick L. Reigle
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

*Debtor*
Percy Roland and Marlene White
2223 Cantrell Street
Philadelphia, PA 19145

*Debtor's Attorney*
Alan B. Liss, Esquire
Brenner & Brenner PC
1420 Walnut Street, Suite 808
Philadelphia, PA 19102