United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Percy Roland  
Marlene White  
     Debtors

Case No. 14-15133-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Jan 18, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.  
db/jdb        +Percy Roland,   Marlene White,   2223 Cantrell Street,   Philadelphia, PA 19145-3306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:  
         ALAN B. LISS    on behalf of Debtor Percy   Roland bnklaw@aol.com  
         ALAN B. LISS    on behalf of Joint Debtor Marlene   White bnklaw@aol.com  
         EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman 2012 SC2 Title Trust bk@rgalegal.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed Certificates, Series 2005-FFH4 amps@manleydeas.com  
         KIMBERLY A. BONNER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE amps@manleydeas.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                    TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| PERCY ROLAND | : |
| xxx-xx-9455 | :CHAPTER 13 |
| MARLENE WHITE | : |
| xxx-xx-0090 | : |
|              Debtors. | :CASE NO. 14-15133/SR |
| _____ | : |
| | : |
| U.S. Bank National Association as | : |
| Legal Title Trustee for Truman 2012 | : |
| SC2 Title Trust | : |
|              Movant, | : |
| v. | : |
| | : |
| PERCY ROLAND AND MARLENE WHITE | : |
|              Debtors, | : |
| And | : |
| | : |
| FREDERICK L. REIGLE, ESQUIRE | : |
|              Trustee, | : |
| | : |
|              Respondents. | : |
| | : |
| _____ | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the application of Romano Garubo & Argentieri, Attorneys for US Bank NA as Legal Title Trustee for Truman 2012 SC2 Title Trust, its successors and/or assigns ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

1.      The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of

appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**2211 Cantrell Street, Philadelphia, PA 19145.**

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Movant may join the Debtors and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Dated: <u>January 18, 2017</u>

_____
Honorable Stephen Raslavich
United States Bankruptcy Judge
Eastern District of Pennsylvania

*Movant's Attorneys*
Emmanuel J. Argentieri, Esquire
ROMANO GARUBO & ARGENTIERI
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096

*Chapter 13 Trustee*
Frederick L. Reigle
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA  19606

*Debtor*
Percy Roland and Marlene White
2223 Cantrell Street
Philadelphia, PA 19145

*Debtor's Attorney*
Alan B. Liss, Esquire
Brenner & Brenner PC
1420 Walnut Street, Suite 808
Philadelphia, PA  19102