## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Percy Roland | : | CHAPTER 13 |
| Marlene White | : | |
| Debtor(s) | : | BANKRUPTCY NO. 14-15133/SR |

## ORDER OF VOLUNTARILY DISMISSAL OF CHAPTER 13 BANKRUPTCY

AND NOW, this _____ day of _____, 2017, upon consideration of Debtors' Motion to Voluntary Dismiss Chapter 13 Bankruptcy, it is hereby ORDERED that the Motion is granted, and it is

ORDERED that the case is hereby dismissed, and it is

ORDERED that the wage deduction dated December 3, 2014, to Debtor's employer, SEPTA, 1234 Market Street, Philadelphia, PA 19107, be discontinued immediately.

**Dated: April 19, 2017**

_____
Honorable Stephen Raslavich
United States Bankruptcy Judge

cc:
Alan B. Liss, Esquire
Standing Trustee
Debtor(s)
All Creditors