United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                       Case No. 14-15133-sr
Percy Roland                                                 Chapter 13
Marlene White
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 2               Date Rcvd: Apr 19, 2017
                              Form ID: pdf900             Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db/jdb         +Percy Roland,    Marlene White,    2223 Cantrell Street,    Philadelphia, PA 19145-3306
13335214       +AES/Wachovia,    PO Box 2461,   Harrisburg, PA 17105-2461
13342647       +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 720,    Philadelphia, PA 19102-4006
13335216       +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 808,    Philadelphia, PA 19102-4008
13335220       +Arrow Financial Services,    5996 W. Tougy Avenue,    Niles, IL 60714-4610
13335222       +BOA,   PO Box 5170,   Simi Valley, CA 93062-5170
13405386        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13335223       +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
13425693       +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13610661        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13335227       +ERS Solutions, Inc.,    PO Box 9004,   Renton, WA 98057-9004
13335226       +Equitable,    1120 W. Lake Cook Road,    Buffalo Grove, IL 60089-1970
13335230       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
13335228       +First Premier Bank,    PO Box 5529,   Sioux Falls, SD 57117-5529
13335231       +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
13335232       +HSBC/BSTBY,   PO Box 15521,    Wilmington, DE 19850-5521
13335233       +Imagine,    PO Box 105555,   Atlanta, GA 30348-5555
13412464      #+Kahuna Payment Solutions,    1602 Tullamore Ave,    Bloomington, IL 61704-9624
13510774        Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13335236       +PGW,   Bankruptcy Unit,   3rd  Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13349777       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13335238       +PSTC Red Arrow Emp. FCU,    1402 Bywood Avenue,    Upper Darby, PA 19082-3720
13335237        Physician Billing-PB CHOP,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
13335241       +Rushmore Loan Management,    PO Box 52708,    Irvine, CA 92619-2708
13335242       +SKO Brenner American,    40 Daniel Street,    PO Box 230,    Farmingdale, NY 11735-0230
13335243       +SPS,   PO Box 1838,   Pittsburgh, PA 15230-1838
13335244        Sun East FCU,    PO Box 271,   Aston, PA 19014
13335245       +THD/CBSD,    PO Box 6497,   Sioux Falls, SD 57117-6497
13335246       +TWU Credit Union,    919 E. Cayuga Street,    Philadelphia, PA 19124-3890
13379212       +Transit Workers FCU,    919 E. Cayuga St.,    Phila, PA 19124-3817
13347458       +US Bank, NA as Legal Title Trustee for,    Truman 2012 SC2 Title Trust,
                 c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2017 01:26:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 20 2017 01:26:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13335215       +E-mail/Text: EBNProcessing@afni.com Apr 20 2017 01:26:16     AFNI,    PO Box 3427,
                 Bloomington, IL 61702-3427
13335219        E-mail/Text: bnc-applied@quantum3group.com Apr 20 2017 01:26:21     Applied Bank,
                 4700 Exchange Court,    Boca Raton, FL 33431
13335221       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 20 2017 01:26:12     Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13422726        E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:32     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13441522       +E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:32
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13335225       +E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:31     City Of Philadelphia,
                 Water & Sewer/Bankruptcy Dept.,    1515 Arch Street, 15th Fl,    Philadelphia, PA 19102-1504
13335234        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 20 2017 01:26:18     Jefferson Capital System,
                 16 McLeLan Road,    Saint Cloud, MN  56303
13402937        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 20 2017 01:26:18     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13335235        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 20 2017 01:29:20     LVNV Funding,
                 PO Box 10587,    Greenville, SC 29603-0587
13425984        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 20 2017 01:29:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13404297       +E-mail/Text: csidl@sbcglobal.net Apr 20 2017 01:26:22     Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13362326        E-mail/Text: bnc-quantum@quantum3group.com Apr 20 2017 01:25:58
                 Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13335240       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 20 2017 01:29:07     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Apr 19, 2017
                              Form ID: pdf900          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13335217          E-mail/PDF: cbp@onemainfinancial.com Apr 20 2017 01:29:20      American General,
                  2078 Street Road,    Bensalem, PA 19020
13335218          E-mail/PDF: cbp@onemainfinancial.com Apr 20 2017 01:29:40      American General Finance,
                  61 W. Cheltenham Avenue,    Cheltenham, PA 19012
13409805         +E-mail/Text: electronicbkydocs@nelnet.net Apr 20 2017 01:26:15      U.S. Department of Education,
                  C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408
13335224*       +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13335229*        First Premier Bank,   PO Box 5529,    Sioux Falls, SD  57117-5529
13335239*       +PSTC Red Arrow Emp. FCU,    1402 Bywood Avenue,    Upper Darby, PA 19082-3720
13360518*        Regional Acceptance Corporation,    PO Box 1847,   Wilson, NC 27894-1847
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
```
              ALAN B. LISS    on behalf of Debtor Percy  Roland bnklaw@aol.com
              ALAN B. LISS    on behalf of Joint Debtor Marlene  White bnklaw@aol.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor   US Bank, NA as Legal Title Trustee for Truman
               2012 SC2 Title Trust bk@rgalegal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed Certificates,
               Series 2005-FFH4 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Loan Trust 2005-FFH4,Asset-Backed
               Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Percy Roland | : | CHAPTER 13 |
| Marlene White | : | |
| Debtor(s) | : | BANKRUPTCY NO. 14-15133/SR |

### ORDER OF VOLUNTARILY DISMISSAL OF CHAPTER 13 BANKRUPTCY

AND NOW, this          day of                , 2017, upon consideration of Debtors' Motion to Voluntary Dismiss Chapter 13 Bankruptcy, it is hereby ORDERED that the Motion is granted, and it is

ORDERED that the case is hereby dismissed, and it is

ORDERED that the wage deduction dated December 3, 2014, to Debtor's employer, SEPTA, 1234 Market Street, Philadelphia, PA 19107, be discontinued immediately.

**Dated: April 19, 2017**

_____
Honorable Stephen Raslavich
United States Bankruptcy Judge

cc:
　　Alan B. Liss, Esquire
　　Standing Trustee
　　Debtor(s)
　　All Creditors